UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAS MYERS, <br><br>　　　　　　Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br>　　　　　　Defendant. | No. 1:14-CV-3171-FVS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR EAJA ATTORNEY'S FEES <br><br> ECF No. 29, 34 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on July 18, 2016, ECF No. 34, recommending Plaintiff's motion for attorney fees pursuant to the EAJA, ECF No. 29, be granted**.** Defendant does not object to the amount requested. ECF No. 32. Plaintiff responded and Defendant agrees the Report and Recommendation contains a clerical error in the total amount of fees recommended to be awarded, although the Court otherwise found the fees requested are reasonable and recommended the requested amount be awarded. ECF No. 35, 36.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

After review, the Court adopts the Report and Recommendation in its entirety, except that the total amount of fees awarded is affirmed to be $6,450.15. In all other respects, the Report and Recommendation is adopted.

Accordingly, **IT IS ORDERED:**

1. The Report and Recommendation, **ECF No. 34,** to grant Plaintiff's motion for fees pursuant to the EAJA, **ECF No. 29,** is **ADOPTED in its entirety**, except that the total amount of fees awarded is affirmed to be $6,450.15.

2. The District Court Executive is directed to enter this Order, forward copies to the parties, and close the file.

DATED August 3, 2016.

*s/ Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge
